**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **FRANK W. VALVA,** | ) |
|        **Plaintiff,** | ) Case No. EDCV 11-01004 AJW |
|        v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) |
|        **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

April 24, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge